**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Ann-Marie O'Malley | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-16063ELF |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated August 30, 2016, this case is hereby DISMISSED.

**Date: September 21, 2016**

———————————————
ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

        Chapter 13 Plan
        Pro Se Statement
        Ch13 Income Form 122C-1
        Schedules A/B-J
        Statement of Financial Affairs
        Summary of Assets & Liabilities B106

bfmisdoc elf (1/22/15)