United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16063-elf
Ann-Marie O'Malley                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1            Date Rcvd: Sep 22, 2016
                             Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
db              +Ann-Marie O'Malley,    20 Arbor Circle,    Colmar, PA 18915-9615
13783455        +Associa Midatlantic (arbors HOA),    4070 Butler Pike Suite 700,
                  Plymouth Meeting, PA 19462-1500
13783452        +KML Law Group, P.C.,    Suite 5000 Mellon Independence Center,    701 Market Street,
                  ATTN: JENNIFER FRECHIE,    Philadelphia, PA 19106-1538
13783453        +Michael Urbanski,    20 Arbor Circle,    Colmar, PA 18915-9615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Sep 23 2016 01:53:26     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2016 01:52:43
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 23 2016 01:53:23    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: rmscedi@recoverycorp.com Sep 23 2016 01:51:02     Orion,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13792948        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 23 2016 01:51:12
                  Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                  Arlington, Tx 76006-1347
13783454         E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 23 2016 01:51:19
                  Capital One auto Finance +,    7933 Preston Road,    Piano, TX 75024-2302
13783451        +E-mail/Text: Bankruptcy@homebridge.com Sep 23 2016 01:53:59
                  HOMEBRIDGE FINANCIAL SERVICES INC,    194 WOOD AVENUE SOUTH,,    9TH FLOOR,
                  Iselin, NJ 08830-2761
13787008         E-mail/PDF: rmscedi@recoverycorp.com Sep 23 2016 01:51:02
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                  Arlington, Tx 76006-1347
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re : Chapter 13

Ann-Marie O'Malley :

:

Debtor : Bankruptcy No. 16-16063ELF

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated August 30, 2016, this case is hereby DISMISSED.

Date: September 21, 2016

ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:
    Chapter 13 Plan
    Pro Se Statement
    Ch13 Income Form 122C-1
    Schedules A/B-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities B106

bfmisdoc elf (1/22/15)